F. DeArmond Sharp, Esq.
Nevada Bar No. 780
Keegan G. Low, Esq.
Nevada Bar No. 307
Stefanie Sharp, Esq.
Nevada Bar No. 8661
Robison, Belaustegui, Sharp & Low
71 Washington Street
Reno, NV 89503
Tel: (775) 329-3151
Fax: (775-329-7941

*Attorneys for Plaintiff/Counter-Defendant
5439 South Decatur Boulevard LLC*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA
(Las Vegas Division)

| | |
|---|---|
| 5439 SOUTH DECATUR BOULEVARD LLC, an Oregon limited liability company, | CASE NO. 2:12-cv-00359-GMN-PAL |
| Plaintiff, | **JOINT STATUS REPORT REGARDING STATUS OF CLOSING OF SETTLEMENT AND FILING STIPULATION AND ORDER FOR DISMISSAL** |
| v. | |
| VOLCANO DEVELOPERS LLC, a Nevada limited liability company, DANIEL ITZHAKI, ODEN WOLFE, DOE individuals I through XX, and ROE CORPORATIONS I through XX, | |
| Defendants. | |
| VOLCANO DEVELOPERS LLC, a Nevada limited liability company, and DANIEL ITZHAKI, | |
| Counterclaimants, | |
| v. | |
| 5439 SOUTH DECATUR BOULEVARD LLC, an Oregon limited liability company | |
| Counter-Defendant. | |

Pursuant to the directive of Magistrate Judge Peggy Leen in the Minutes of Proceeding, ECF 49, the parties hereto respectfully submit the following Joint Status Report in this matter:

1. The completely executed settlement documents have been deposited by the parties with First American Title Company, the title company handling the closing of the settlement entered into between the parties.

2. First American Title Company has requested additional documentation evidencing the current members and acting manager of Volcano Developers, LLC so that it can complete the underwriting necessary to close the transaction and issue an Owner's Policy of Title Insurance to 5439 South Decatur Boulevard, LLC as required by the terms of the settlement between the parties.

3. The additional documentation was requested from counsel for Volcano Developers, LLC on July 16, 2013 and has not yet been received.

4. The parties anticipate that the Stipulation for Dismissal will be filed by July 31, 2013.

DATED this 18th day of July, 2013.

| LAW OFFICES OF SIGAL CHATTAH, P.C. | ROBISON BELAUSTEGUI SHARP & LOW, a Professional Corporation |
| --- | --- |
| 5875 S. Rainbow Boulevard<br>Suite 204<br>Las Vegas, Nevada 89118 | 71 Washington Street<br>Reno, Nevada, 89503 |
| By: /s/ Sigal Chattah<br>SIGAL CHATTAH, ESQ.<br>*Attorneys for Defendants/*<br>*Counter-Claimants Volcano*<br>*Developers, LLC and Daniel Itzhaki* | By: /s/ Stefanie T. Sharp<br>STEFANIE T. SHARP, ESQ.<br>*Attorneys for Plaintiff/Counter-*<br>*Defendant 5439 South Decatur*<br>*Boulevard, LLC* |

## ORDER

**IT IS ORDERED** that the parties shall have until **August 1, 2013,** to file the Stipulation for Dismissal with prejudice.

Dated this 22nd day of July, 2013.

_____
Peggy A. Leen
United States Magistrate Judge